IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE CHARLOTTE N. SWEENEY**

| Civil Action: | 20-cv-02801-CNS-NRN | Date: August 18, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| P.J. PARMAR | *David Lane* |
| | *Andrew McNulty* |
| **Plaintiff** | |
| v. | |
| CITY OF AURORA, COLORADO | *Isabelle Evans* |
| | *Peter Morales* |
| JUSTIN E. HENDERSON | *Bernard Woessner* |
| | *Ashley Hernandez-Schlagel* |
| **Defendants** | |

## COURTROOM MINUTES

**ORAL ARGUMENT**

Court in Session:  8:59 a.m.

Appearance of counsel. Also present on behalf of the plaintiff is intern Jacob Alcock.

Argument given on [46] Defendants' Motion and Brief in Support of Summary Judgment by Mr. Woessner, Ms. Evans and Mr. McNulty with questions from the Court.

The Court makes findings of fact, conclusions of law. As outlined on the record it is

**ORDERED:** **[46] Defendants' Motion and Brief in Support of Summary Judgment is GRANTED.**

**Plaintiff's claims are dismissed and judgment is to enter in favor of the defendants.**

Court in Recess:  10:03 a.m.          Hearing concluded.          Total time in Court:  01:04